

```
                                                        FILED
                                                      OCT 2 3 2012
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF CALIFORNIA      UNITED STATES BANKRUPTCY COURT
                                                  EASTERN DISTRICT OF CALIFORNIA
                     SACRAMENTO DIVISION
```

In re                              ) No. 10-42129-A-7
                                   )
                                   )
LISA CAROL MECCHI-GRIFFITH,        )
                                   )
    Debtor.                        )
                                   )
                                   )
_____)

**MEMORANDUM**

The debtor has filed an ex parte motion to reopen her chapter 7 case for the purpose of amending the schedules in order to list previously omitted creditors.

This chapter 7 case was filed on August 20, 2010. A notice of assets was served on creditors on October 15, 2010. And, based on the trustee's final report and account, approved on or about September 11, 2011, nonpriority unsecured creditors received a dividend in this case.

The motion, however, represents that this was a "no asset, no bar date case. As a factual matter, this is contradicted by the docket. Therefore, while the court will reopen the case, it does so only with the caveat that the amendment of the schedules to add omitted creditors, absent a further court order, will not discharge their claims.

Dated: 23 Oct 2012           By the Court

                             _____
                             Michael S. McManus
                             United States Bankruptcy Judge

**CERTIFICATE OF MAILING**

I, Susan C. Cox, in the performance of my duties as a judicial assistant to the Honorable Michael S. McManus, mailed by ordinary mail to each of the parties named below a true copy of the attached document.

Charles L. Hastings
4568 Feather River Dr. #A
Stockton, CA 95219

Lisa Carol Mecchi-Griffith
1710 C Court Drive
Tracy, CA 95376

Dated: October 23, 2012

*Susan C. Cox*
Susan C. Cox
Judicial Assistant to Judge McManus